IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
_____ LYNCHBURG _____ DIVISION

CLERK'S OFFICE U.S. DISTRICT. COURT
AT LYNCHBURG, VA
FILED

**JAN 24 2025**

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

Curtis M Whateley )
_____ )
Pro Se , )
_____ )
  )
Plaintiff(s), )
  )
v. )
  )
Gerald F Lackey PH.D )
_____ )
as Commisioner of the VaDMV , )
_____ )
  )
Defendant(s). )
(Enter the full name(s) of ALL parties in this lawsuit. )
Please attach additional sheets if necessary). )

Civil Action No.: 6:25CV00010
(To be assigned by Clerk of District Court)

## COMPLAINT

### PARTIES

1. List all Plaintiffs.   State the full name of the Plaintiff, address and telephone number. Do the same for any additional Plaintiffs.

   a. Plaintiff No. 1

      Name:    Curtis M Whateley

      Address:    87 Bryant Rd, Lynchburg Va 24502

      Telephone Number:    434-257-5201

   b. Plaintiff No. 2

      Name:

      Address:

      Telephone Number:

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

     Name:  Gerald F Lackey PH.D

     Address:  2300 W. Broad St. Richmond,Va 23269

   b. Defendant No. 2

     Name:

     Address:

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case. Federal courts also have jurisdiction over cases where the United States is a Defendant.

3. What is the basis for federal court jurisdiction?

☑ Federal Question      ☐ Diversity of Citizenship      ☐ Government Defendant

4. If the basis for jurisdiction is Federal Question, which Federal Constitution, statutory or treaty right is at issue? List all that apply.

   1st and 14th ammendment violations under 42 U.S.C § 1983

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?   Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff No. 1: _____    State of Citizenship: _____

Plaintiff No. 2: _____    State of Citizenship: _____

Defendant No. 1: _____    State of Citizenship: _____

Defendant No. 2: _____    State of Citizenship: _____

**Attach additional sheets of paper as necessary and label this information as paragraph 5.  Check here if additional sheets of paper are attached.** ☐

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim.  The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed.  Do not give any legal arguments or cite cases or statutes.  Each paragraph must be numbered separately, beginning with number 6. Please write each single set of circumstances in a separately numbered paragraph.

6. _____ Complaint for Declaratory and Injunctive Relief. _____

1. Defendant in his Official Capacity as The Commissioner of the D.M.V used his discretion

   under the Authority granted by  46.2-726 to recall my Personalized License Plate

   "FTP&ATF" based on a complaint from an Anonymous Citizen. The D.M.V states that it

   violates their issuance Guidelines as it is Profane, Obscene or Vulgar in Nature and

   used to condone or encourage Violence .

2. The Personalized License Plates contained a message that is Private Political Free

   Speech expressing my opinion on the current state of policing in this country, and the

   Department Of Alcohol, Tobacco, Firearms and Explosives. In doing so he Violated my 1st

   amendment right to free speech & my 14th amendment right  to Due Process.

## 6.        Cont. Complaint for Declaratory and Injunctive Relief.

3. Both Facial and as applied challenges of the statute, as interpreted by the commissioner.

the statute is Vague Overbroad and grants Unfettered Discretion to the Commissioner on Matters

of content and viewpoint expression within the forum.

4.Both Facial and As Applied Challenges to the Issuance Guidelines for being

Unconstitutionally Vague, Over Broad and Arbitrary Enforcement against Categories of Protected

Speeech Including Political Free Speech within the Forum.

5. Upon fact and Belief the Commissioners interpretation makes the statute Uncostitutional

7.                          # Statement of Facts

1.On 02/28/2023 i requested the Personalized License Plate FTP&ATF, it was Approved and they were

issued. when i received the plates they were missing the "&" character so i took them to the

local Lynchburg DMV to see about getting the correct plate. i used the incorrect plate "FTPATF"

during the reissuance process.

2.They reissued the corrected plates on 05/10/2023.

3.Upon receiving the corrected plates i began using them, and continued to for over a year.

4. In an email dated 05/23/2024 a citizen filed a complaint with the D.M.V that my plate was

"most offensive". because the F stands for Fuck and that "FTP&ATF" stands for Fuck The Police &

Alcohol Tobacco and Firearms.

5.On 06/18/2024 the Department of Motor Vehicles Personalized License Plate Review Board Voted

9-1 with 1 abstaining to Recall my license plate as they believe it could be reasonably viewed

as Profane, Obscene or Vulgar in nature and used to condone or encourage Violence.

6. On 07/19/2024 i received a letter saying my Personalized License Plates were being recalled

and new set of license plates "THE7019" were enclosed, i immediately started using them.

7.On 08/05/2024 i sent a letter asking for an Informal Administrative Hearing on the matter

8.after many calls during the month of august and September to find out the status of my

request, i kept being told that i should receive information in the mail soon.

# Continued Statement of Facts

9. finally on 10/02/2024 i called and asked to speak with a supervisor. i was informed that she

was at lunch and she would call me back, if i left my number. Shorty after that i received a

call from the Office Manager Sherrie Wells. she stated that the Word Committee held another vote

on 08/21/2024 and voted 10-0 to recall my plates, unfortunately she had failed to send me the

letter and it was still on her desk. she was very apologetic and E-Mailed me the contents of the

letter. she said she would forward my request to the hearings office and mail me the letter.

10. On 10/30/2024 i received a call from the hearing office to schedule a time for my hearing

we agreed on 11/18/2024 at 11AM.

11. On 11/18/2024 i had my video hearing with Hearing Officer Laura F. Walton, The D.M.V being

represented by Sherrie Wells, i represented myself.

12. On 12/13/2024 i received the Informal Conference Decision upholding the revocation of my

Personalized license plates.

**Attach additional sheets of paper as necessary and label them as Additional Facts and continue to number the paragraphs consecutively. Check here if additional sheets of paper are attached.** ☑

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

1. Issue a Preliminary injunction temporarily enjoining defendant from recalling my License plates "FTP&ATF" Temporarily enjoining defendant from impairing or revoking my registration on the Vehicle pending final determination on the merits

2. Declare Va Code §46.2-726 Facially Unconstitutional and issue a Permanent injunction

3. Declare Va Code §46.2-726 Unconstitutional as Applied to Plaintiff

4. Declare The Defendants Interpretation of the statute is Facially Unconstitutional and issue a Permanent injunction against the issuance Guidelines

5. Declare the Defendants Interpretation of the statute is Unconstitutional as applied to Plaintiff.

6. Issue a Permanent injunction Barring the Defendant From enforcing VaCode §46.2-726 against Constitutionally protected categories of Speech.

7. Grant Plaintiff Nominal Damages in the amount of $17.76

8. Award Plaintiff his costs, including reasonable attorneys fees, Pursuant to 42 U.S.C § 1988

9. Grant any additional relief that the Plaintiff may be entitled

DEMAND FOR JURY TRIAL: ☐ YES ☑ NO

Signed this ____ day of 1-24, 2025.

Signature of Plaintiff No. 1 ___Curtis Whateley___ Pro Se

Signature of Plaintiff No. 2 _____

**NOTE: All Plaintiffs named in the caption of the complaint must date and sign the complaint. Attach additional sheets of paper as necessary.**