CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
5/30/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| CURTIS M. WHATELEY, *Plaintiff,* | CASE No. 6:25-cv-00010 |
| v. | ORDER |
| GERALD F. LACKEY, *in his official capacity as the* COMMISSIONER OF VIRGINIA DEPARTMENT OF MOTOR VEHICLES, *Defendant.* | JUDGE NORMAN K. MOON |

For the reasons stated in the Court's accompanying memorandum opinion, the Commissioner's motion to dismiss is **GRANTED**. *See* Dkt. 07 (motion); Dkt. 08 (mem. in support). The Clerk of Court shall send a copy of this Order to Plaintiff and all counsel of record and shall strike this case from the active docket of the Court.

Entered this  30th  day of May, 2025.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE